IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NEUROVISION MEDICAL PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC PUBLIC LIMITED COMPANY; MEDTRONIC, INC.; MEDTRONIC XOMED, INC.; HCA HOLDINGS, INC.; and HEALTHTRUST PURCHASING GROUP, L.P. <br><br> Defendants. | Civil Action No. 2:16-cv-00127-JRG-RSP <br><br> JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXPEDITED BRIEFING

Plaintiff Neurovision Medical Products, Inc. ("Neurovision") filed concurrently with this Motion its Emergency Motion for Enforcement of Settlement. Neurovision respectfully moves this Court for an Order expediting the briefing schedule for its Emergency Motion for Enforcement of Settlement. Defendants Medtronic Public Limited Company, Medtronic, Inc., Medtronic Xomed, Inc., HCA Holdings, Inc., and Healthtrust Purchasing Group, L.P. ("Defendants") have indicated that while they will oppose Neurovision's motion, they do not oppose expedited briefing of the Emergency Motion for Enforcement of Settlement.

The parties have agreed to the following expedited briefing schedule:

• Neurovision will file its Emergency Motion on March 28, 2017.

• Defendants' opposition brief shall be filed March 30, 2017.

• Neurovision's reply brief shall be filed no later than 12:00 p.m. on March 31, 2017.

• Defendant's sur-reply brief shall be filed on March 31, 2017.

The Parties present this schedule in consideration of Plaintiff's request that the Court conduct a telephonic hearing on the afternoon of Friday, March 31, 2017. Defendants do not oppose that request.

Dated: March 28, 2017

Respectfully submitted,

/s/ D. Jeffrey Rambin

Benjamin T. Wang (CA SB No. 228712)
Adam S. Hoffman (CA SB No. 218740)
Marc A. Fenster (CA SB No. 181067)
C. Jay Chung (CA SB No. 252794)
Christian Conkle (CA SB No. 306374)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
bwang@raklaw.cm
ahoffman@raklaw.com
mfenster@raklaw.com
jchung@raklaw.com
cconkle@raklaw.com

Elizabeth L. DeRieux
D. Jeffrey Rambin
CAPSHAW DeRIEUX LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Tel: (903) 845-5770
ederieux@capshawlaw.com
jrambin@capshawlaw.com

Attorneys for Plaintiff
Neurovision Medical Products, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on March 28, 2017, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ D. Jeffrey Rambin

**CERTIFICATE OF CONFERENCE**

I hereby certify that D. Jeffrey Rambin, counsel for Plaintiff, conferred with Clyde Siebman, counsel for Defendants regarding the relief requested in this motion. This motion is unopposed.

/s/ D. Jeffrey Rambin