# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

| | |
|---|---|
| NEUROVISION MEDICAL PRODUCTS, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>MEDTRONIC PUBLIC LIMITED COMPANY; MEDTRONIC, INC.; MEDTRONIC XOMED, INC.; HCA HOLDINGS, INC.; and HEALTHTRUST PURCHASING GROUP, L.P.<br><br>        Defendants. | Civil Action No. 2:16-cv-00127-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AND FINAL JUDGMENT

Before the Court is Plaintiff Neurovision Medical Products, Inc. and Defendants Medtronic plc, Medtronic Inc., Medtronic Xomed, Inc., HCA Holdings, Inc., and Healthtrust Purchasing Group, L.P.'s JOINT MOTION TO DISMISS WITH PREJUDICE AND FINAL JUDGMENT [Doc. No. 122]. After considering the agreement of the parties, and the facts and procedural recitation set forth in the JOINT MOTION TO DISMISS WITH PREJUDICE AND FINAL JUDGMENT, it is hereby ORDERED as follows:

  1. The stay imposed on this matter by agreement between the parties dated January 23, 2017 [Doc. No. 100] is lifted.

  2. All claims, defenses, and/or counterclaims for relief asserted in the above-captioned action are dismissed with prejudice.

  3. All attorney fees, costs, and expenses are borne by the party incurring the same.

  4. Both parties waive any right to appeal from this action.

The Court having considered the parties' Joint Motion finds that the motion shall be GRANTED. Accordingly, it is hereby ORDERED that the above captioned lawsuit, including all claims, defenses, and counterclaims for relief contained therein, are hereby dismissed with prejudice.

**SIGNED this 17th day of May, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE